UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FERMIN RODRIGUEZ MUNOZ,

Petitioner,

v.

JOSHUA JOHNSON, et al.,

Respondents.

Case No. 2:26-cv-02171 SSS (ADS)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Response, Reply, Joint Status Report [Dkt. No. 15], all the records and files herein, along with the September 28, 2026 Report and Recommendation of the assigned United States Magistrate Judge [Dkt. No. 18], and the Objection to the Report and Recommendation ("Objections") [Dkt. No. 21]. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Objections have been made. The Court agrees with Respondent that the pre-detention requirements apply prior to the entry of a final order of removal.

///

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation is accepted, [Dkt. No. 21];

2. Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, are enjoined from re-detaining Petitioner **prior to the entry of a prior order of removal** without notice and a pre-detention hearing before a neutral arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community; and

3. Judgment is to be entered accordingly.

DATED: October 13, 2026

THE HONORABLE SUNSHINE SUZANNE SYKES
United States District Judge