JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN RODRIGUEZ MUNOZ,<br>Petitioner,<br>v.<br>JOSHUA JOHNSON, et al.,<br>Respondents. | Case No. 2:26-cv-02171 SSS (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is granted.

DATED: October 13, 2026

THE HONORABLE SUNSHINE SUZANNE SYKES
United States District Judge